1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEVIN L. HENDRICKSON,

               Petitioner,

           v.

DOUG WADDINGTON,

               Respondent.

Case No.  C06-5571FDB

ORDER ADOPTING REPORT AND
RECOMMENDATION
DISMISSING PETITION FOR
HABEAS CORPUS WITHOUT
PREJUDICE

     The Magistrate Judge recommends this habeas corpus petition be dismissed without prejudice.  As noted by the Magistrate Judge, the Petitioner's personal restraint petition and direct appeal are pending in the state court.  Thus, Petitioner's request for habeas corpus relief be denied as premature.  See, 28 U.S.C. § 2254(b).  Petitioner objects, asserting that the state court lacks jurisdiction, or in the alternative that this Court should delay consideration of the petition pending the state court determination.  Petitioner's arguments are unpersuasive.

     The Court, having reviewed the Petition for writ of habeas corpus, Respondent's answer, the Report and Report and Recommendation of Magistrate Judge J. Kelly Arnold, Petitioner's additional authorities and objections, and the remaining record, does hereby find and ORDER;

     (1)     The Court adopts the Report and Recommendation;

ORDER
Page - 1

1

2

3

(2) The petition is **DISMISSED WITHOUT PREJUDICE.**  The issues presented are currently in state court and are therefore unexhausted.

(3) The Clerk is directed to send copies of this Order to Petitioner, and to the Hon. J. Kelley Arnold.

4

5

DATED this 9th day of March, 2007.

6

7

8

9

10

_____

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER
Page - 2