# United States District Court

WESTERN DISTRICT OF WASHINGTON

KEVIN L. HENDRICKSON

JUDGMENT IN A CIVIL CASE

v.

DOUG WADDINGTON

CASE NUMBER: C06-5571FDB

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

The petition is **DISMISSED WITHOUT PREJUDICE**. The issues presented are currently in state court and are therefore unexhausted.

|  |  |
|---|---|
| March 12, 2007 | BRUCE RIFKIN |
| Date | Clerk |
|  |  |
|  | *s/CM Gonzalez* |
|  | Deputy Clerk |